N THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ENCORE AUDIO VISUAL DESIGN, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA DEPARTMENT OF TAXATION,<br>Respondent. | No. 82791<br><br>**FILED**<br><br>MAY 19 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This appeal was docketed on April 20, 2021, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Kathleen A. Sigurdson, District Judge
Law Office of Jerry M. Snyder
Attorney General/Carson City
Attorney General/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-14355